UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT G. MENZIES,

    Plaintiff,

v.                                   Case No:   2:15-cv-643-FtM-38CM

SOUTHCOAST HOLDINGS, INC.
and ROETZEL AND ANDRESS,

    Defendants.
_____

## ORDER

Before the Court is the parties' Joint Motion to Stay Case for 30 Days to Enable the Parties to Reach a Potential Settlement (Doc. 18), filed on November 6, 2015. The parties state that they are engaged in settlement discussions and believe in good faith that these discussions will resolve this entire dispute. Doc. 18 at 1. The parties request that the Court stay the case for 30 days to help facilitate their settlement discussions. *Id.*

The Court is not inclined to stay the entire case. The Court, however, finds good cause to extend the deadlines for Defendants' response to the complaint (Doc. 1) and Plaintiff's response to Defendants' motion to stay (Doc. 13).

ACCORDINGLY, it is hereby

**ORDERED:**

Joint Motion to Stay Case for 30 Days to Enable the Parties to Reach a Potential Settlement (Doc. 18) is **GRANTED in part**. Defendants shall have up to and including **December 7, 2015** to respond to Plaintiff's Complaint (Doc. 1).

Plaintiff shall have up to and including **December 14, 2015** to respond to Defendants' Motion to Stay (Doc. 13).   All other case deadlines, including the deadline to complete the Case Management Report, remain unchanged.

**DONE** and **ORDERED** in Fort Myers, Florida on this 9th day of November, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record